UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA MENDOZA, | No. CV 17-7293 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SIDNEY AUTO SALES, INC., | |
| Defendant. | |

In accordance with the Court's May 7, 2018, Order granting the Motion for Summary Judgment filed by plaintiff Susana Mendoza ("Plaintiff"),

1.     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have judgment in her favor and against defendant Sidney Auto Sales ("Defendant"); and

2.     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay to Plaintiff statutory damages in the amount of $2,000.00 and Plaintiff shall have her costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: May 7, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE